■ Jack Gaglia, Respondent, v James M. Nash, Appellant. (Appeal No. 2.) [778 NYS2d 357]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered June 17, 2003. The order granted plaintiff's motion to enforce a settlement agreement between the parties and granted defendant's cross motion for the appointment of a receiver with respect to the assets of one of the parties' partnerships.

It is hereby ordered that said appeal from the order insofar as it concerned the settlement agreement be and the same hereby is unanimously dismissed (see Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988 [1988]; Chase Manhattan Bank v Roberts & Roberts, 63 AD2d 566, 567 [1978]; see also CPLR 5501 [a] [1]) and the order is modified on the law by denying the cross motion and as modified the order is affirmed without costs.

Same memorandum as in Gaglia v Nash (8 AD3d 992 [2004]). Present—Wisner, J.P., Hurlbutt, Kehoe, Martoche and Lawton, JJ.

■ The People of the State of New York, Respondent, v Paul Rosenbauer, Appellant. (Appeal No. 2.) [778 NYS2d 334]—Appeal from a judgment of the Wayne County Court (Kehoe, J.), rendered June 22, 2001. The appeal was held by this Court by order entered November 21, 2003, decision was reserved and the matter was remitted to the Wayne County Court for further proceedings in accordance with a memorandum (1 AD3d 1050 [2003]).

Now, upon reading and filing the stipulation of discontinuance sworn to by defendant on April 19, 2004 and signed by the attorneys for the parties on April 19 and 21, 2004,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed upon stipulation. Present—Pine, J.P., Wisner, Hurlbutt, Gorski and Lawton, JJ.